IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 05-00406-01-CR-W-DW |
| | ) | |
| WILLIX J. WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**:  On November 1, 2005, the Grand Jury returned a one count Indictment against defendant Willix J. Walker. Defendant is  charged with being a felon in possession of a firearm and ammunition.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Christina Tabor
    Case Agent: Detective Christopher Gilio a Task Force Officer with ATF
    Defense: David Kelly and Dana Altieri

**OUTSTANDING MOTIONS**: The undersigned has prepared a Report and Recommendation with respect to Defendant's Motion to Suppress (doc #18).  The District Court's ruling on this motion is pending.

**TRIAL WITNESSES**:
    Government: 6  witnesses without stipulations; 4  with stipulations
    Defendant:   Defendant may testify

**TRIAL EXHIBITS**:
    Government:   12 exhibits
    Defendant:     0   exhibits

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:   2  day jury trial, but if tried to the Court 1 day**
>     Government's case including jury selection: 2  days
>     Defense case: less than 2 hours

**STIPULATIONS**: The parties are working on stipulations.

**UNUSUAL QUESTIONS OF LAW: None**

**FILING DEADLINES:**

>     **Witness and Exhibit List:** To be filed on Friday prior to the Pretrial Conference
>     **Counsel are requested to list witnesses in alphabetical order on their witness list.**

>     **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, March 15, 2006**
>     **Please Note**:  Jury instructions must comply with Local Rule 51.1.

>     **Motions in Limine: None planned.**

**TRIAL SETTING**:   This case is set on the March 20, 2006 Joint Criminal Jury Trial Docket.
>     **Please Note**: The defendant has filed a request for a bench trial.

**IT IS SO ORDERED.**


                                            */s/ Sarah W. Hays*
                                          SARAH W. HAYS
                                  UNITED STATES MAGISTRATE JUDGE


2